# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIFFANY GREEN,

     Plaintiff,

v.                                                                    Case No: 8:21-cv-2284-WFJ-TGW

CAPSTONE CREDIT &
COLLECTIONS, LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.,

     Defendants.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 21)** that the above-styled action has been settled as to Experian Information Solutions, Inc. ("Experian"). Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Experian and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Experian. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2021.

                       s/*William F. Jung*
                       **WILLIAM F. JUNG**
                       **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record